Date: 05/14/10                                                                                                                    Page:

# DIVIDENDS REMITTED TO THE COURT
Check Number 2026 Dated 05/14/10
Case Number 09-37081 - BARRICK, PHILIP L.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | 000004 | 344.70 | 1.53 |
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | 000008 | 601.10 | 2.67 |
| American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 000015 | 1,010.06 | 4.49 |
| American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 000016 | 1,046.86 | 4.65 |
| CHASE BANK<br>CREDITORS BKCY SVC<br>BOX 740933<br>DALLAS TX 75374 | 000018 | 249.98 | 1.11 |
| U.S. Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | 000022 | 550.00 | 2.44 |
| Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | 000026 | 836.17 | 3.72 |
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba PAYPAL<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 000030 | 789.92 | 3.51 |
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba WAL-MART DISCOVER CARD<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 000031 | 1,018.67 | 4.53 |

```
---------- Remittance Total ------------                    6,447.46              28.65
```

_____
MICHAEL J. IANNACONE, Trustee